The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUNDEE BERG, an individual,

                                  Plaintiff,

           v.

KING COUNTY, et al., a political subdivision, DOW CONSTANTINE, King County Executive and an individual, the DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al., a local government agency, WILLIAM HAYES, DAJD Director and an individual, TROY BACON, DAJD Captain and an individual, RAMONA FLORES, DAJD Senior Human Resource Analyst and an individual, CAROLL BUDNY, DAJD Human Resource Analyst and an individual,

                               Defendants.

No. C15-01890-BJR

STIPULATION AND SUBJOINED ORDER TO DISMISS REMAINING DEFENDANTS KING COUNTY, WILLIAM HAYES, TROY BACON, RAMONA FLORES AND CAROLL BUDNY

NOTE ON MOTION CALENDAR: January 12, 2017

## STIPULATION TO DISMISS

The parties, through their counsel, hereby stipulate that, having concluded discovery, Plaintiff agrees not to pursue this case further, and Defendants agree not to seek any costs or fees in this case. The parties further stipulate that the remaining defendants: King County (including its subdivisions), William Hayes, Troy Bacon, Ramona Flores and

STIPULATION AND SUBJOINED ORDER TO DISMISS
REMAINING DEFENDANTS (C15-01890-MJP) - 1

Caroll Budny should be dismissed, with prejudice, as parties to this case, without costs or fees awarded to any party and that this case may be closed.

DATED: January 12, 2017

By: ___s/Lisa Elliott_____
LISA ELLIOTT, WSBA #41803
JOSEPH W. CREED, WSBA #42451
Attorneys for Plaintiff
Law Office of Joseph W. Creed
11120 NE 2nd St., Ste. 200
Bellevue, WA 98004
Phone: (206) 569-6422
Email: lelliott@cefirm.com
         jcreed@cefirm.com

By: ___s/Endel Kolde_____
ENDEL KOLDE, WSBA #25155
Senior Deputy Prosecuting Attorney
Attorney for Defendants
King County Prosecuting Attorney
500 Fourth Avenue, Suite 900
Seattle, WA 98104
Phone: (206) 296-8820 / Fax: (206) 296-8819
Email: endel.kolde@kingcounty.gov

## ORDER

In accordance with the stipulation of the parties, IT IS ORDERED that plaintiff Sundee Berg's remaining claims against all remaining Defendants are dismissed with prejudice and without assessment of costs or attorneys' fees to either party. The case will be closed after judgment is entered.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND SUBJOINED ORDER TO DISMISS
REMAINING DEFENDANTS (C15-01890-MJP) - 2

Presented by:

  s/Lisa Elliott
LISA ELLIOTT, WSBA #41803
JOSEPH W. CREED, WSBA #42451
Attorneys for Plaintiff
Law Office of Joseph W. Creed
11120 NE 2nd St., Ste. 200
Bellevue, WA 98004
Phone: (206) 569-6422
Email: lelliott@cefirm.com


  s/Endel Kolde
ENDEL KOLDE, WSBA #25155
Senior Deputy Prosecuting Attorney
Attorney for Defendants
King County Prosecuting Attorney
500 Fourth Avenue, Suite 900
Seattle, WA 98104
Phone: (206) 296-8820 / Fax: (206) 296-8819
Email: endel.kolde@kingcounty.gov